IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>ex rel. DEANNA YEAGER,    )<br>                            )<br>    Plaintiff,              )<br>                            )    CIVIL ACTION NO.<br>    v.                      )    1:03cv777-MHT<br>                            )<br>MEDQUEST ASSOCIATES, INC.,  )<br>DOTHAN DIAGNOSTIC IMAGING,  )<br>INC.,                       )<br>                            )<br>    Defendants.             ) | |

### ORDER

Upon an independent and de novo review of the record in this case, it is the ORDER of this court as follows:

(1) The recommendation (Doc. No. 84) is adopted.

(2) Defendant Dothan Diagnostic Imaging, Inc.'s and Medquest Associates, Inc.'s motion for sanctions (Doc. No. 69) is denied without prejudice to reassert.

(3) This case is referred back to the magistrate judge for further proceedings.

DONE, this the 18th day of July, 2007.

                    /s/ Myron H. Thompson
              UNITED STATES DISTRICT JUDGE