IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| ex rel. DEANNA YEAGER | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | 1:03-cv-00777-MHT |
| MEDQUEST ASSOCIATES, INC., | ) | |
| DOTHAN DIAGNOSTIC IMAGING, | ) | |
| INC., | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

There being no timely objections filed to the Recommendation of the Magistrate Judge filed herein on August 29, 2007 (Doc. 106) and upon an independent and de novo review of the file in this case, it is the ORDER of this court as follows:

(1) The recommendation (Doc. 106) is adopted.

(2) *Defendant Medquest Associates, Inc.'s Motion to Dismiss for Lack of Personal Jurisdiction* (Doc. 86) is granted.

(3) Defendant Medquest Associates, Inc. is dismissed with prejudice from this lawsuit.

(4) *Defendant Medquest Associates, Inc.'s Motion to Strike Relator's Brief and Order in Opposition to Medquest Associates, Inc.'s Motion, Order and Brief to Dismiss for Lack of Personal Jurisdiction* (Doc. 103) is denied as moot.

(5)     This case, with respect to relator's claims against the remaining defendant, is

referred back to the Magistrate Judge for further proceedings.

DONE, this the 24th day of September, 2007.

        /s/  Myron H. Thompson
UNITED STATES DISTRICT JUDGE