IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, <u>ex</u> <u>rel</u>. DEANNA YEAGER | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 1:03-cv-00777-MHT-TFM |
| MEDQUEST ASSOCIATES, INC., DOTHAN DIAGNOSTIC IMAGING, INC., | ) ) ) ) | [wo] |
| Defendants. | ) | |

## **ORDER**

There being no timely objections filed to the Recommendation of the Magistrate Judge filed herein on October 3, 2007 (Doc. 124) and upon an independent and de novo review of the file in this case, it is the ORDER of this court as follows:

(1)  The recommendation (Doc. 124) is adopted.

(2)  Defendants' Motion for Summary Judgment on Relator's Amended Complaint and Motion to Dismiss Relator's Quality Guidelines Allegation for Failure to State a Claim (Doc. 89) is GRANTED.

(3)  This case is DISMISSED with prejudice.

(4)  Defendants Medquest Associates, Inc.'s and Dothan Diagnostic Imaging, Inc.'s Motion to Clarify Several Inaccuracies in Relator's Notice Concerning Settlement Conference and Mediation (Doc. 117) and Plaintiff's Motion to Quash Defendants Motion to Strike Relator's Motion to Quash Brief in

>Opposition of Defendants Motion for Summary Judgment and Defendants Motion to Dismiss Relator's Quality Guidelines Allegation, Defendant Reply to their Motion for Summary Judgment on Relator's Amended Complaint and Motion to Dismiss Relator's Quality Guidelines Allegations (Doc. 122) are DENIED as moot

(5)   Any remaining outstanding motions are DENIED as moot.

(6)   An appropriate judgment will be entered.

DONE, this the 31st day of October, 2007.

                                               /s/ Myron H. Thompson
                                               UNITED STATES DISTRICT JUDGE